IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **GRADY ALLEN DAVIS,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:12-CV-2013-L** |
| § | |
| **SHERIFF LUPE VALDEZ,** *et al.*, § | |
| § | |
| Defendants. § | |

# ORDER

This case, which was brought by Plaintiff Grady Allen Davis ("Plaintiff") and two unnamed detention officers on June 25, 2012, was referred to Magistrate Judge Jeff Kaplan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 20, 2012, recommending that the claims against Sheriff Lupe Valdez be summarily dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) and his excessive force claims against the two unnamed detention officers be allowed to proceed with additional screening. Plaintiff Grady Allen Davis ("Davis"), who is proceeding *pro se*, did not file objections to the Report. After reviewing the pleadings, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses with prejudice** the claims against Sheriff Lupe Valdez. This case is recommitted to the magistrate judge for additional screening of Plaintiff's excessive force claim against the two unnamed detention officers, pursuant to the recommendation of the magistrate judge dated August 20, 2012.

**It is so ordered** this 6th day of September, 2012.

_____
Sam A. Lindsay
United States District Judge